**Order filed November 27, 2018.**



In The

# Fourteenth Court of Appeals

_____

**NOS. 14-18-00976-CV and 14-18-00990-CV**

_____

**CITY OF HOUSTON, TEXAS, Appellant**

**V.**

**HOUSTON PROFESSIONAL FIRE FIGHTERS' ASSOCIATION LOCAL, 341, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-42885**

## ORDER

On November 6, 2017, the City of Houston, appellant, pursuant to section 51.014(f) of the Civil Practices and Remedies Code, filed a petition for permission to appeal the trial court's order denying the City's motion for summary judgment, signed on October 22, 2018. That appeal was assigned to this court under our case number 14-18-00976-CV.

On November 12, 2017, the City of Houston, appellant, filed a notice of

appeal from the trial court's order denying the City's plea to the jurisdiction signed on October 22, 2018. That appeal was assigned to this court under our case number 14-18-00990-CV.

Case numbers 14-18-00976-CV and 14-18-00990-CV involve the same suit and the same order signed by the trial court on October 22, 2018, which denied both the motion for summary judgment and the plea to the jurisdiction. Today, the court, on its own motion, orders case number. 14-18-00976-CV consolidated with case number 14-18-00990-CV. The court has not yet ruled on the City's petition for permission to appeal in case number 14-18-00976-CV, and that petition remains pending.


                                        PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan.